UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr1557-LAB |
|---|---|
| Plaintiff, | **SUPERSEDING** |
| v. | **I N F O R M A T I O N** |
| BRANDON FARGASON, | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) (Two Counts) |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

On or about May 6, 2020, within the Southern District of California, defendant, BRANDON FARGASON, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.54 kilograms (3.39 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//

NJH:kst:2/4/21

COUNT TWO

On or about May 6, 2020, within the Southern District of California, defendant, BRANDON FARGASON, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 3/9/2021            .

                RANDY S. GROSSMAN
                Acting United States Attorney

*Nicholas J. Hernandez*

NICHOLAS J. HERNANDEZ
Assistant U.S. Attorney