```
 1  RANDY S. GROSSMAN
    Acting United States Attorney
 2  PATRICK C. SWAN
    Assistant United States Attorney
 3  California Bar No. 306526
    Office of the United States Attorney
 4  880 Front St., Room 6293
    San Diego, CA 92101
 5  Telephone: (619) 546-8450
    Email: Patrick.Swan@usdoj.gov
 6
 7  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 20-CR-1557-LAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **UNITED STATES' SENTENCING SUMMARY CHART AND MOTION FOR ACCEPTANCE OF RESPON-SIBILITY UNDER USSG § 3E1.1(b)** |
| BRANDON FARGASON, | ) |
| Defendant. | ) Date:  October 18, 2021 <br> ) Time:  3:30 pm <br> ) Judge: Hon. Larry A. Burns |

The United States submits its sentencing summary chart, which is based upon the files and records of this case.

DATED: October 8, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

/s/ *Patrick C. Swan*
PATRICK C. SWAN
Assistant United States Attorney

# SENTENCING SUMMARY CHART
## [☒] AND UNITED STATES' MOTION UNDER USSG § 3E1.1(b)
**Sentencing Date:** October 18, 2021

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Brandon Fargason  Docket No.: 20-CR-1557-LAB
Guideline Manual Used: November 1, 2018  Agree with USPO Calc.: Yes ☒  No ☐

| | |
|---|---:|
| Base Offense Level(s): 1.307 kg (2.88 lb.) of Methamphetamine (actual) per lab report, USSG § 2D1.1(c)(3) | 34 |
| Specific Offense Characteristics: | |
| Importation of Methamphetamine without Mitigating Role, USSG § 2D1.1(b)(5) | +2 |
| Meeting the Criteria of Safety Valve, USSG § 2D1.1(b)(18)* | 0 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | 0 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 36 |
| ☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility [☒ United States' Motion – USSG § 3E1.1(b)] | -3 |
| Total Offense Level: | 33 |
| Criminal History Score: | 9 |
| Criminal History Category: | IV |
| ___ Career Offender  ___ Armed Career Criminal | |
| Guideline Range: | from 188 mths |
| (Range limited by: ___ minimum mand.  ___ statutory maximum) | to 235 mths |
| Departures: | |
| Fast Track, USSG § 5K3.1 | -4 |
| Adjusted Offense Level: | 29 |
| Resulting Guideline Range: | from 121 mths |
| | to 151 mths |

UNITED STATES' RECOMMENDATION: **Time Served (Approximately 296 Days)\*\*; No Fine; $100 Special Assessment; and Three Years' Supervised Release.**

**\* Safety Valve under USSG § 2D1.1(b)(18):** Defendant is not safety valve eligible under USSG § 5C1.2(a) because he has more than one criminal history point.  USSG § 5C1.2 has not incorporated the First Step Act.

**\*\* Variance and Recommendation:** The United States requests a downward variance under 18 U.S.C. § 3553(a) that is the equivalent of two levels under the Sentencing Guidelines because Defendant qualifies for safety valve relief under 18 U.S.C. § 3553(f) as amended by the First Step Act.  The USSG Manual has not yet adopted the First Step Act; therefore, the United States requests a variance for meeting the criteria for safety valve relief rather than a specific offense characteristic under the Sentencing Guidelines.  Given that the offense conduct is not aggravating for this District and the proposed sentence is in alignment with the USAO Temporary Plea Offers extended to similarly-situated defendants, the United States makes the joint recommendation reached in the plea agreement.  [Approved/BQ]